STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant LAM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TUAN DUC LAM,<br><br>    Defendants. | Case No. CR 16-532 EMC<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE |

The above-captioned matter is set for a hearing before this Court on May 24, 2017 at 2:30 p.m. on defendant Tuan Duc Lam's motion to suppress. Mr. Lam is currently in state custody and will be released on June 10, 2017. Accordingly, the parties jointly request that the matter be continued to June 28, 2017 at 2:30 p.m.

Time under the Speedy Trial Act is automatically excluded due to the pending motion pursuant to 18 U.S.C. § 3161(h)(1)(D).

SO STIPULATED.

May 17, 2017
Date

/s/
SHAILIKA KOTIYA
Assistant U.S. Attorney

May 17, 2017
Date

/s/
JODI LINKER
Attorney for Defendant Lam

IT IS SO ORDERED.

May 17, 2017
Date

EDWARD M. CHEN
United States District Judge