1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHAILIKA S. KOTIYA (CABN 308758)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7443
7        FAX: (415) 436-7027
         Shailika.shah@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 16-00532 EMC |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM JUNE 28, 2017, TO AUGUST 2, 2017** |
| TUAN DUC LAM, | ) |
| Defendant. | ) |

On June 28, 2017, undersigned counsel appeared before the Court for a scheduled status conference. At the parties' request, the Court scheduled a hearing on the pending motion to suppress for August 2, 2017 at 2:30PM. The parties agree and jointly request that the time between June 28, 2017, and August 2, 2017, should be excluded in light of the pending motion, pursuant to 18 U.S.C. § 3161(h)(1)(D) and in order to provide reasonable time necessary for the effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

//

STIPULATION AND PROPOSED ORDER
CASE NO. CR 16-00532 EMC

| | BRIAN J. STRETCH |
|---|---|
| | United States Attorney |

DATED: June 29, 2017                    _____/s/_____
                                        SHAILIKA S. KOTIYA
                                        Assistant United States Attorney


DATED: June 29, 2017                    _____/s/_____
                                        JODI LINKER
                                        Attorney for the Defendant

# [PROPOSED] ORDER

For the reasons stated above, the Court finds that the exclusion of time from June 28, 2017, through and including August 2, 2017, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: __July 3, 2017__                 _____
                                        CHEN
                                        Judge

*IT IS SO ORDERED. Judge Edward M. Chen*