STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant LAM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 16-532 EMC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| TUAN DUC LAM, | |
| Defendants. | |

*US v. Lam*, Case No.16-0532 EMC ;
STIP & [PROPOSED] ORDER TO CONTINUE      1

The above-captioned matter is scheduled before this Court on September 27, 2017 at 2:30 p.m.. Mr. Lam is currently in state custody with an unknown release date. Accordingly, the parties jointly request that the matter be continued to October 25, 2017 at 2:30 p.m.

For the above reasons, the parties stipulate there is good cause – taking into account the public interest in the prompt disposition of this case – to exclude the time from September 27 to October 25, 2017 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation of counsel taking into account the exercise of due diligence, as well as continuity of counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from September 27 to October 25, 2017 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

SO STIPULATED.

09/25/2017
Date

/s/
SHAILIKA KOTIYA
Assistant U.S. Attorney

09/25/2017
Date

/s/
JODI LINKER
Attorney for Defendant Lam

IT IS SO ORDERED.

09/25/2017
Date



US v. Lam, Case No.16-0532 EMC ;
STIP & [PROPOSED] ORDER TO CONTINUE     2