STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant LAM

FILED
OCT 24 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 16-532 EMC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| TUAN DUC LAM, | |
| Defendants. | |

1   The above-captioned matter is scheduled before this Court on October 25, 2017 at 2:30 p.m.. Mr. Lam was just recently released from state custody so defense counsel needs time to meet with him to determine how best to proceed in his case. Accordingly, the parties jointly request that the matter be continued to November 15, 2017 at 2:30 p.m.

For the above reasons, the parties stipulate there is good cause – taking into account the public interest in the prompt disposition of this case – to exclude the time from October 25 to November 15, 2017 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation of counsel taking into account the exercise of due diligence, as well as continuity of counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from October 25 to November 15, 2017 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

SO STIPULATED.

October 23, 2017
Date

/s/
SHAILIKA KOTIYA
Assistant U.S. Attorney

October 23, 2017
Date

/s/
JODI LINKER
Attorney for Defendant Lam

IT IS SO ORDERED.

10/24/2017
Date

EDWARD M. CHEN
United States District Judge