STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant LAM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TUAN DUC LAM,<br><br>　　　　Defendant. | Case No. CR 16-532 EMC<br><br>STIPULATION AND [PR~~OPOS~~ED]<br>ORDER TO CONTINUE |

The above-captioned matter is scheduled before this Court on December 20, 2017 at 2:30 p.m.. The parties continue to work on a joint resolution of the case and request that the matter be continued to January 17, 2018 at 2:30 p.m.

For the above reasons, the parties stipulate there is good cause – taking into account the public interest in the prompt disposition of this case – to exclude the time from December 20, 2017 to January 17, 2018 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation of counsel taking into account the exercise of due diligence, as well as continuity of counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from December 20, 2017 to January 17, 2018 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

SO STIPULATED.

12/15/2017
Date

/s/
SAILAJA M. PAIDIPATY
Assistant U.S. Attorney

12/15/2017
Date

/s/
JODI LINKER
Attorney for Defendant Lam

IT IS SO ORDERED.

12/15/17
Date



*US v. Lam*, Case No. CR 16-532 EMC;
STIP & [PROPOSED] ORDER TO CONTINUE        2